PD-0238-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/7/2015 4:06:48 PM
Accepted 7/7/2015 4:26:14 PM
ABEL ACOSTA
CLERK

**PD-0238-15**

| | | |
|---|---|---|
| **WILLIAN HERNANDEZ** | § | **IN THE TEXAS COURT OF** |
| | § | |
| **vs.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

## DEFENDANT'S SECONDMOTION EXTENTION OF TIME

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes William Hernandez, Defendant, and files this Motion for extension of time of this cause from its present setting of July 1, 2015 until July 7, 2015 and shows the following:

1. This motion is filed in accordance with Article 29.03 of the Texas Code of Criminal Procedure.

2. This is Defendant's Second motion for extension of time. The Brief was due on July 1, 2015.

2. Counsel, Ronald T. Spriggs, needed additional time because of computer problems and the office air conditioner broke. With the air condition not working, the office became unbearable. Counsel could not work in his office because of the heat.

3. This motion is not made for purposes of delay but that justice may be

FILED IN
COURT OF CRIMINAL APPEALS

July 7, 2015

ABEL ACOSTA, CLERK

done.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court enter its order extending the time to file the brief in this matter until July 7, 2015, continuing this cause until some future date, or, in the alternative, sets this motion for hearing.

Respectfully submitted,

Ronald T. Spriggs
1011 S. Jackson Street
Amarillo, Texas 79101
Tel: (806) 376-7260
Fax (806) 372-3298
e-mail: spriggslawronald@gmail.com

By: /S/Ronald T. Spriggs
    Ronald T. Spriggs
    State Bar No. 00792853
    Attorney for Petitioner
    William Hernandez

# VERIFICATION

**STATE OF TEXAS**         §
                       §

**POTTER COUNTY**        §

"My name is Ronald T. Spriggs and I am the attorney of record for WILLIAM HERNANDEZ and have been so for the last 45 days.

"I have read the Motion for Extension of time and every statement is within my personal knowledge and is true and correct."

/s/ Ronald T. Spriggs

# CERTIFICATE OF SERVICE

This is to certify that on July 6, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, by facsimile transmission to 713 755-0242.

/S/ Ronald T. Spriggs